ACCEPTED
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/1/2015 5:47:58 PM
KEITH HOTTLE
CLERK

## No. 04-14-670-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH JUDICIAL DISTRICT** |
| **SIMON RENE GARCIA** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/5/2015 2:42:00 PM
KEITH E. HOTTLE
Clerk

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE OPENING BRIEF

From the 175th District Court of Bexar County, Texas
Trial Court No. 2012-CR-10101
Hon. Mary Roman, Judge Presiding

In accordance with Tex. R. App. Pro. 10.5(b)(1), the undersigned counsel submits his "Unopposed Motion to for Extension of Time to File Opening Brief," and shows as follows:

This Court's current briefing deadline is Friday, January 2, 2014. Counsel needs additional time to finish all legal research related to the brief, and will need an additional 30-day extension of time to complete it. Counsel underwent shoulder surgery on Tuesday, November 25, 2014, which prevented him full use of his left arm, and the ability to type, for approximately three weeks.

**On Wednesday, December 30, the undersigned counsel consulted with a legal assistant with the Appellate Division of the Bexar County District Attorneys Office, who informed that Asst. Dist. Atty. Enrico Valdez had no opposition to the requested extension of time.**

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension of time to file his opening brief.

Respectfully submitted,

Jorge G. Aristotelidis
Tower Life Building
310 South St. Mary's Street, Suite 1830
San Antonio, Texas 78205
210/277-1906
jgaristo67@gmail.com

By:    <u>/s/ JORGE G. ARISTOTELIDIS</u>
       SBN: 00783557

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of January, 2014 a copy of the foregoing "Unopposed Motion for Extension of Time to file Opening Brief" has been delivered to the Appellate Section of the Bexar County District Attorney's Office, via email.


/s/ JORGE G. ARISTOTELIDIS